*E-FILED - 6/2/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN D. ROYAL,<br><br>    Petitioner,<br><br>  v.<br><br>M. MARTEL, Warden,<br><br>    Respondent._____/ | No. C 08-5628 RMW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER<br><br><br><br>(Docket No. 7) |

Good cause appearing, respondent is hereby granted an extension of time, up to and including July 13, 2009, in which to file a dispositive motion or answer to the petition for habeas corpus. Petitioner shall file any opposition or traverse within 30 days of the filing date of respondent's response. If respondent files a dispositive motion, respondent shall file a reply to petitioner's opposition within 15 days from the date such opposition is filed.

This order terminates docket no. 7.

Dated:   6/1/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time to File Answer
P:\PRO-SE\SJ.Rmw\HC.08\Royal628.DenyAtty.frm